UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDIO DAREZZO,

                Plaintiff,

– against –

NOMAD KITCHEN LLC *and* FLAGG EQUITIES LLC,

                Defendants.

**ORDER**

24-cv-06328 (ER)

Ramos, D.J.:

    Darezzo filed this action on August 21, 2024. Doc. 1. Defendants' answer was due September 26, 2024. To date, no answer has been filed and there has been no other activity on the case.

    Darezzo is therefore instructed to submit a joint status report by no later than July 21, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    July 14, 2025
           New York, New York

                                            EDGARDO RAMOS, U.S.D.J.